JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jardine Gougis, | ) | Case No. 2:21-cv-00545-RGK-JC |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| Joseph Haywood et al, | ) | |
| Defendant(s). | ) | |

On May 9, 2021, the Court issued an Order directing plaintiff to file a motion for default judgment on or before June 7, 2021 [16]. As of this date, plaintiff has failed to comply with the Order. Therefore, the Court orders the matter dismissed for lack of prosecution and failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: June 11, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE